UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:18-cv-1579 |
| HAMILTON FOX, *et al*, | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Plaintiff Larry Klayman ("Plaintiff") consents to a two-week extension of time, but respectfully submits that 30 days is intended to delay.

The underlying claims result from a proceeding before Bar Disciplinary Counsel that has languished for 8 years, but is now belatedly underway before a Hearing Committee of the Board of Professional Responsibility. This proceeding, by any rational and legal standard would not be permitted to go forward after an 8-year delay, notwithstanding substantive reasons, by virtually any other bar association in this country. *See* Exhibit 1; Legal Opinion of Professional Expert Ronald Rotunda. Accordingly, it would appear that Defendants' law firm, Akin Gump, which is comprised of nearly a thousand lawyers, has the resources not to delay this matter any further.

In sum, it would appear to Plaintiff that this delay is calculated to push off adjudication of this Court until after the Hearing Committee and the Board of Professional Responsibility make recommendations on what otherwise is a factually and legally non-meritorious and unconstitutional disciplinary proceeding, in an attempt to tactically remove Plaintiff from the practice of law. Accordingly, this case should proceed on a standard track without delay. Thus, out

1

of professional courtesy, Plaintiff will consent to two weeks, but cannot consent to a month.

Dated:  August 9, 2018	Respectfully submitted,

	/s/ Larry Klayman
	Larry Klayman, Esq.
	KLAYMAN LAW GROUP, PA
	c/o 7050 W. Palmetto Park Road
	#15-287
	Boca Raton, FL 33433
	Email: leklayman@gmail.com
	Tel: 561-558-5563

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on August 9, 2018

	*/s/ Larry Klayman*
	Larry Klayman, Esq.

2