IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:18-01579 (RDM) |
| v. ) | |
| ) | |
| ) | |
| ) | |
| HAMILTON FOX *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND MOTION
FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Defendants will not oppose the request of *pro se* plaintiff Larry Klayman for a second 30-day extension to respond to the pending motion to dismiss (ECF No. 15).  Plaintiff requested Defendants' consent by email yesterday at 1:05 PM and filed his motion at 5:48 PM while counsel for Defendants was on a plane and before counsel had an opportunity to respond on behalf of the five Defendants.  Such a tactic—including representing to the Court that "Plaintiff . . . have [sic] not heard back from them" and "will so advise the Court . . . [w]hen Defendants' counsel replies to this request"—is not a good-faith effort to confer and defeats the purpose of Local Rule 7(m), which expressly applies to non-incarcerated parties appearing *pro se* like Mr. Klayman.

As a courtesy, Defendants consented to Plaintiff's first request for a 30-day extension, responding immediately to his 8:01 PM email on the night his opposition was due.  Plaintiff not only opposed Defendants' first and only request for a 30-day extension to respond to the Amended Complaint—when undersigned counsel had been recently retained—but accused Defendants of requesting the extension as a delay tactic "calculated to push off adjudication of this Court."

Plaintiff further opposed Defendants' motion to stay discovery because "time is of the essence to move this case forward," threatened to "move for sanctions for attorneys [sic] fees and costs," and characterized the stay of discovery as "nothing more than a delay tactic" designed to "'run out the clock' on the bar disciplinary proceedings." Plaintiff has now requested two-and-a-half months to formulate a response to the motion to dismiss, delaying adjudication of the threshold defects in this case.

Dated: October 31, 2018

Respectfully submitted,

/s/ Connor Mullin
Mark J. MacDougall (DC Bar No. 398118)
Connor Mullin (DC Bar No. 981715)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Tel: (202) 887-4000 | Fax: (202) 887-4288
mmacdougall@akingump.com
cmullin@akingump.com

*Attorneys for Defendants*